**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6607**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CALVIN WATTY DRIVER,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Graham C. Mullen, Senior District Judge.  (2:05-cr-00217-GCM-DLH-1)

Submitted:  June 25, 2015         Decided:  June 30, 2015

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin Watty Driver, Appellant Pro Se.  Donald David Gast, Amy Elizabeth Ray, Assistant United States Attorneys, Asheville, North Carolina; William Michael Miller, Jennifer A. Youngs, Assistant United States Attorneys, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Watty Driver appeals the district court's order denying his motion for leave to file a § 2255 motion as timely. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  United States v. Driver, No. 2:05-cr-00217-GCM-DLH-1 (W.D.N.C. Apr. 1, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED